

# Fourth Court of Appeals
## San Antonio, Texas

November 24, 2014

No. 04-14-00730-CV

**IN RE** Gilbert L. **MATHEWS** and Lucifer Lighting Company

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Sandee Bryan Marion, Justice
             Rebeca C. Martinez, Justice
             Luz Elena D. Chapa, Justice

On October 20, 2014, relators filed a petition for writ of mandamus. The court has considered relators' petition for writ of mandamus, the amended response filed by the real party in interest, and the reply filed by the relators, and the court is of the opinion that relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on November 24th, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of November, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2014-CI-13779, styled *In re Petition of Stephen Lang, Requesting Deposition of Gilbert L. Mathews*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Janet P. Littlejohn presiding.